UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 4:25cr93-2 | **DATE:** August 11, 2025 |
| **UNITED STATES OF AMERICA** | **TIME:** 3:13-3:40 |
| v. | **LOCATION:** Savannah |
| **STACEY DAWN KELLEY** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter:** |
| **Probation Officer:** Heather Holland | **Security:** CSO Shawn/USMS Chris |
| **Attorney(s) for Government:** Timothy Dean/Greg Gilluly | |
| **Attorney(s) for Defendant:** Thomas Withers | |

**PROCEEDINGS:   INITIAL APPEARANCE/ARRAIGNMENT**

- [✓] Defendant advised of rights and the government's disclosure obligations
- [✓] Defendant advised of charges and penalties
- [✓] Defendant qualifies for court appointed counsel
- [✓] Not guilty plea entered
- [✓] Scheduling and Discovery Order was discussed and will be filed as a separate entry with specific dates.
- [✓] Government moves for detention:
  - [ ] Defendant waives detention hearing at this time and reserves the right to request a detention hearing at a later date if there is a change in circumstances
  - [✓] Detention hearing scheduled for: 8/18/2025 at 10:00 a.m. at 8 Southern Oaks Court, Savannah
  - [ ] Detention hearing held
- [ ] Defendant released on an unsecured Appearance Bond in the amount of _____
- [ ] Defendant released on an Appearance Bond in the amount of _____, secured by _____
- [ ] Defendant released with supervision
- [✓] Defendant detained pending a detention hearing
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to the custody of the US Marshal Service

**ADDITIONAL COMMENTS:**

Brady advisal was given.